1048

[No. 33863-7-II.   Division Two.   July 11, 2006.]

TANYA MARSE, *Appellant*, v. QUALITY FOOD CENTERS, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 04-2-09522-6, Bryan E. Chushcoff, J., entered
September 20, 2005. *Affirmed* by unpublished opinion
per Hunt, J., concurred in by Van Deren, A.C.J., and
Armstrong, J.